**2014 IL 116054**

# IN THE
# SUPREME COURT
# OF
# THE STATE OF ILLINOIS

_____

(Docket No. 116054)

ELIZABETH KEATING *et al*., Appellants, v. THE CITY OF CHICAGO, Appellee.

*Opinion filed November 20, 2014.*

PER CURIAM:

**OPINION**

¶ 1     In this case, two Justices of this Court have recused themselves and the remaining members of the Court are divided so that it is not possible to secure the constitutionally required concurrence of four judges for a decision (see Ill. Const. 1970, art. VI, § 3). Accordingly, the appeal is dismissed. The effect of this dismissal is the same as an affirmance by an equally divided court of the decision under review but is of no precedential value. See *Perlman v. First National Bank of Chicago*, 60 Ill. 2d 529, 530 (1975).

¶ 2     KARMEIER and BURKE, JJ., took no part.